The City *v.* Fitzgerald.

[*Special Term, May,* 1870.]

THE CITY *v.* FITZGERALD.

STORER, J. Action to recover rent due under a lease. The defendant demurred on the ground that there was no averment in the petition of a demand having been made. It appeared the parties covenanted that an entry might be

had for non-payment of rent without demand being first made.

In *Garratt* v. *Sweeney,* 2 Disney, 601, we held, in General Term, that such a stipulation proved the necessity of a demand, on the authority of Lord Coke, in *Dormer's Case,* 3 Co. 41.

Demurrer overruled.